UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

BENNIE L. MILLER

   PLAINTIFF

VS

STATE OF TENNESSEE and
DEPARTMENT OF CHILDREN'S
SERVICES,

   DEFENDANT

JUDGMENT IN A CIVIL CASE

CASE NO: 06-2808-V

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Plaintiff's Motion For Voluntary Dismissal, entered on March 27, 2008, plaintiff's claim is hereby dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure without prejudice.

**APPROVED:**

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

| March 27, 2008 | Thomas M. Gould |
|---|---|
| Date | Clerk of Court |

                                                   s/Betty Guy
                                             (By) Deputy Clerk